| | |
|---|---|
| Kristina N. Girard (SBN# 236762)<br>THE JACKSON LAW FIRM, P.A.<br>1901 1st Avenue, Suite 208<br>San Diego, California 92101-2382<br>Tel:   619.663.5620<br>Fax:   619.663.5621<br>E-Mail: kgirard@jacksonlawfirm.net<br>*Attorneys for Plaintiff*<br>*Yvonne Edith Maria Schumacher*<br><br>Michael R. Jackson, Esq. (Fla. Bar #0161632)<br>Bonnie J. Jackson, Esq. (Fla. Bar #0162272)<br>THE JACKSON LAW FIRM, P.A.<br>1201 S. Orlando Avenue, Suite 201<br>Winter Park, Florida 32789<br>Tel:   321.972,.8820<br>Fax:   321.972.8821<br>E-Mail: mjackson@jacksonlawfirm.net<br>E-Mail: bjackson@jacksonlawfirm.net<br><br>*Attorneys Pro Hac Vice for Plaintiff*<br>*Yvonne Edith Maria Schumacher* | Michele Floyd (SBN 163031)<br>mfloyd@sacksrickettscase.com<br>SACKS RICKETTS & CASE, LLP<br>177 Post Street, Suite 650<br>San Francisco, CA 94108<br>Tel: (415) 504-3070<br>Fax: (415) 549-0640<br>*Attorneys for Defendant Airbnb, Inc.*<br><br>A. Marisa Chun (SBN 160351)<br>Kate M. Hammond (SBN 293433)<br>mchun@mwe.com<br>khammond@mwe.com<br>McDERMOTT WILL & EMERY LLP<br>275 Middlefield Road, Suite 100<br>Menlo Park, CA 94025<br>Tel:   650.815.7400<br>Fac:   650.815.7401<br><br>*Attorneys for Defendants*<br>*Fariah Hassim and Jamil Jiva* |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| YVONNE EDITH MARIA SCHUMACHER,<br><br>             Plaintiff,<br><br>     v.<br><br>AIRBNB, INC., et al,<br><br>             Defendants. | Case No.  4:15-cv-05734-CW<br><br>**NOTICE OF SETTLEMENT**<br><br><br>Judge:     Hon. Claudia Wilken<br>Ctrm:      2 – 4th Floor |

Plaintiff Yvonne Edith Maria Schumacher and Defendants Airbnb, Inc., Fariah Hassim, and Jamil Jiva (collectively, the "Parties") hereby notify the Court that they have reached a settlement in the above-referenced action. The Parties intend to file a stipulated notice of dismissal with prejudice within forty-five (45) days of the filing of this Notice.

                                                         Respectfully submitted,

March 21, 2017                                  THE JACKSON LAW FIRM, P.A.

                                                  By: */s/ Michael R. Jackson*
                                                      Michael R. Jackson

                                                      Attorney for Plaintiff
                                                      YVONNE SCHUMACHER

March 21, 2017                                  SACKS RICKETTS & CASE

                                                 By: */s/ Michele Floyd*
                                                     Michele Floyd

                                                     Attorney for Defendant
                                                     AIRBNB, INC.

March 21, 2017                                  McDERMOTT WILL & EMERY LLP

                                                 By: */s/ A. Marisa Chun*
                                                     A. Marisa Chun
                                                     Attorney for Defendants
                                                     FARIAH HASSIM and JAMIL JIVA

## ATTESTATION

Pursuant to Civil Local Rule 5-1, I, A. Marisa Chun, attest that all signatories listed, and on whose behalf the filing is submitted, concur in the content of this Notice of Settlement and have authorized the filing of the same.

                                                     */s/ A. Marisa Chun*
                                                     A. Marisa Chun

DM_US 80691098-1.101143.0011

McDERMOTT WILL & EMERY LLP
ATTORNEYS AT LAW
MENLO PARK