| | |
|---|---|
| Kristina N. Girard (SBN# 236762) | Michele Floyd (SBN 163031) |
| THE JACKSON LAW FIRM, P.A. | mfloyd@sacksrickettscase.com |
| 1901 1st Avenue, Suite 208 | SACKS RICKETTS & CASE, LLP |
| San Diego, California 92101-2382 | 177 Post Street, Suite 650 |
| Tel: 619.663.5620 | San Francisco, CA 94108 |
| Fax: 619.663.5621 | Tel: (415) 504-3070 |
| E-Mail: kgirard@jacksonlawfirm.net | Fax: (415) 549-0640 |
| *Attorneys for Plaintiff* | *Attorneys for Defendant, Airbnb, Inc.* |
| *Yvonne Edith Maria Schumacher* | |
| | |
| Michael R. Jackson, Esq. (Fla. Bar #0161632) | A. Marisa Chun (SBN 160351) |
| Bonnie J. Jackson, Esq. (Fla. Bar #0162272) | Kate M. Hammond (SBN 293433) |
| THE JACKSON LAW FIRM, P.A. | mchun@mwe.com |
| 1201 S. Orlando Avenue, Suite 201 | khammond@mwe.com |
| Winter Park, Florida 32789 | McDERMOTT WILL & EMERY LLP |
| Tel: 321.972,.8820 | 275 Middlefield Road, Suite 100 |
| Fax: 321.972.8821 | Menlo Park, CA 94025 |
| E-Mail: mjackson@jacksonlawfirm.net | Tel: 650.815.7400 |
| E-Mail: bjackson@jacksonlawfirm.net | Fac: 650.815.7401 |
| *Attorneys Pro Hac Vice for Plaintiff* | *Attorneys for Defendants* |
| *Yvonne Edith Maria Schumacher* | *Fariah Hassim and Jamil Jiva* |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| YVONNE EDITH MARIA SCHUMACHER,<br><br>          Plaintiff,<br><br>     v.<br><br>AIRBNB, INC., et al,<br><br>          Defendants. | Case No.  4:15-cv-05734-CW<br><br>**STIPULATION OF VOLUNTARY DISMISSAL OF ENTIRE ACTION WITH PREJUDICE (FED. R. CIV. P. 41(a)(1)(A)(ii))**<br><br>Judge:   Hon. Claudia Wilken<br>Ctrm:    2 – 4th  Floor |

STIPULATION OF VOLUNTARY DISMISSAL OF ENTIRE ACTION WITH PREJUDICE

**IT IS HEREBY STIPULATED** by and between the parties hereto, through their respective counsel as follows:

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Yvonne Edith Maria Schumacher shall and hereby does voluntarily dismiss the above-captioned action as to all Defendants (namely, Defendants Airbnb, Inc., Fariah Hassim, and Jamil Jiva), in its entirety, and with prejudice. All aspects of this dismissal shall be without costs, disbursements, or attorneys' fees to any party, and with all parties waiving their rights of appeal.

**IT IS SO STIPULATED.**

Dated: April 26, 2017                                THE JACKSON LAW FIRM, P.A.


By: /s/ Michael R. Jackson
    Michael R. Jackson

    Attorney for Plaintiff
    YVONNE SCHUMACHER

Dated: April 26, 2017                                SACKS RICKETTS & CASE, LLP


By: /s/ Michele Floyd
    Michele Floyd

    Attorney for Defendant
    AIRBNB, INC.

Dated: April 26, 2017                                McDERMOTT WILL & EMERY LLP


By: /s/ A. Marisa Chun
    A. Marisa Chun

    Attorney for Defendants
    FARIAH HASSIM and JAMIL JIVA

---
1
STIPULATION OF VOLUNTARY DISMISSAL OF ENTIRE ACTION WITH PREJUDICE

**Certification Pursuant to Local Rule 5-4.3.4(a)(2)(i)**

Pursuant to Local Rule 5-4.3.4(a)(2)(i), I, Michele Floyd, hereby do attest that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

DATED:	April 26, 2017	By: /s/  Michele Floyd